UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HEALTH & WELFARE FUND OF THE UNITED
FOOD & COMMERCIAL WORKERS LOCAL 2013,
AFL-CIO BY ITS TRUSTEES LOUIS MARK
CAROTENUTO and STANLEY FLEISHMAN,

**DEFAULT JUDGMENT**

Plaintiffs,

22-CIV-1180 (NSR) (PED)

-against-

TRIPLE A SUPPLIES, INC. d/b/a PINNACLE
DIETARY,

Defendant.
------------------------------------------------------------X

This action was commenced on February 11, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant TRIPLE A SUPPLIES, INC. d/b/a PINNACLE DIETARY on February 24, 2022, by a process server, personal service upon Deidre Gregory, the managing agent of said Defendant and an individual authorized to accept service, and a proof of service was filed on September 21, 2020, *via* the ECF System and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED:** That Plaintiff have judgment against Defendant TRIPLE A SUPPLIES, INC. d/b/a PINNACLE DIETARY in the amount of $10,643.62 which has been calculated as follows: (1) $6,517.38 in ERISA contributions; (2) $155.76 in interest owed through April 11, 2022; (3) $1,303.48 in liquidated damages equal to 20% of the contributions owed; (4) $2,170.00 in attorneys' fees; and (6) $497.00 in costs and disbursements.

Dated: White Plains, New York
July ~~May~~ 1 , 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2022